IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Judith Sullivan,<br>    Plaintiff<br><br>v.<br><br>Valentine & Kebartas, Inc.,<br>    Defendant | Docket 3:09-cv-1772-RPC<br><br>(JUDGE RICHARD P. CONABOY)<br><br>FILED ELECTRONICALLY |

FILED
SCRANTON
NOV 0 5 2009

PER _____
DEPUTY CLERK

### ORDER

This action is hereby dismissed with prejudice and without cost to either party.

Date: November 5, 2009

Richard P. Conaboy
United States District Judge